IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: BISPHENOL-A (BPA) POLYCARBONATE PLASTIC PRODUCTS LIABILITY LITIGATION | MDL No. 1967 Master Case No. 08-01967-MD-W-ODS |
| This Filing Relates To All Actions | |

**PLAINTIFFS' NOTICE OF FILING OF AMENDED COMPLAINTS**

Pursuant to this Court's Case Management Order dated November 25, 2008 (D.E. # 65), which called for each Plaintiff to "file an Amended Complaint against one or more Defendants," Plaintiffs today filed a total of seven separate pleadings which set forth the collective claims of Plaintiffs against Defendants, as follows: 1) Amended Class Action Complaints against Evenflo and Gerber, which amend complaints previously filed in this District; 2) new Class Action Complaints against Avent and Philips, Handi-Craft and Playtex, which, although filed as new complaints, effectively amend claims originally brought in this District; and 3) new Class Action Complaints against RC2 and Nalge Nunc, which likewise effectively amend claims previously brought in other Districts.[1,2] Plaintiffs submit this Notice of Filing of Amended Complaints to explain the purpose underlying these filings to enable the Court to consider this approach, to hear any objections to it that the Court deems relevant, and to issue any orders regarding the effect of the Amended Complaints as it deems most fair and efficient, without awaiting the outcome of the expected motions to dismiss. This, in turn, will assist the parties in effectively litigating these actions.

---

[1] These Complaints are collectively referred to herein as the "Amended Complaints."
[2] As used herein, "Evenflo" refers to Defendant Evenflo Company, Inc.; "Gerber" refers to Defendant Gerber Products Co.; "Avent" refers to Defendant Avent America, Inc.; "Philips" refers to Defendant Philips Electronics North America Corporation; "Handi-Craft" refers to Defendant Handi-Craft Company; "Nalge Nunc" refers to Defendant Nalge Nunc International Corporation; and "RC2" refers to Defendant RC2 Corporation.

By filing the Amended Complaints, Plaintiffs seek to supersede all previously-filed complaints that have been transferred to this Court in connection with this multi-district litigation and consolidate these actions in this Court for all purposes, including trial.[3] Plaintiffs' Amended Complaints against Evenflo and Gerber are amendments of pre-existing cases filed in this District, *Sullivan, et al. v. Avent America, et al.*, C.A. No. 4:08-309, and *Thornberry v. Avent America, et al.*, C.A. No. 4:08-418, respectively. Plaintiffs' Complaints against Avent and Philips, Handi-Craft and Playtex, although filed as new Complaints, are brought by Plaintiffs including the original Plaintiffs in the *Sullivan* and *Thornberry* actions and are intended to amend the claims originally brought in those actions. Plaintiffs' Complaints against Nalge Nunc and RC2 are new Complaints filed directly in this District for the first time today, and are intended to amend the claims originally brought by the Plaintiffs against Nalge Nunc and RC2 in the Southern District of California and Northern District of Illlinois, respectively. The Complaints against Avent and Philips, Handi-Craft, Playtex, Nalge Nunc and RC2 are all filed with the designation that they are related to the *Sullivan* and *Thornberry* actions for the purpose of effecting their consolidation.

As each of these actions has been originally filed in the Western District of Missouri and alleges that venue is proper in this District, this Court has original jurisdiction over each of them. Vested with original jurisdiction, the Court may now exercise plenary authority over these actions, is not required to remand any part of the actions to the transferor courts, and is in position to oversee the actions through trial. *See In re Vioxx Products Liability Litigation*, 478 F.Supp.2d 897, 903 (E.D.La. 2007) (noting that it is "undisputed that the MDL court has

---

[3] Plaintiffs filed multiple Amended Complaints rather than a single Amended Complaint to foreclose Defendants from raising arguments related to misjoinder, as they have indicated they would if a single complaint were filed. *See, e.g.,* Report Regarding The Parties' Planning Conference And Joint Proposed Discovery Plan (D.E. # 27), at 6, 12-13.

complete authority over every aspect" of cases properly filed directly into the judicial district where the MDL is situated). "[A]n amended complaint asserting venue in the transferee district" filed in the MDL court gives the transferee court the authority "to resolve the multidistrict litigation through trial while remaining faithful to the *Lexecon* limitations." *See* Manual for Complex Litig. Fourth § 20.132 at 224-25 (citing *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach,* 523 U.S. 26, 118 S.Ct. 956, 140 L.Ed.2d 62 (1998)) (holding that an MDL transferee court must remand a transferred case to the transferor court upon completion of "pre-trial proceedings").[4] This Court's exercise of its original jurisdiction over these actions will serve the convenience of the parties, promote judicial efficiency and minimize the risk of inconsistent adjudications by facilitating the resolution of these actions in a single court.

Upon the Court acknowledging that the Amended Complaints will be treated as superseding the previously-filed complaints transferred to this District in connection with this multi-district litigation, Plaintiffs will voluntarily dismiss those complaints so that there will be no lingering questions as to their fate. Moreover, the Amended Complaints are not intended to waive or dismiss any claims or causes of action asserted by any plaintiffs in actions that may be transferred to this Court in the future under 28 U.S.C. § 1407 for pre-trial, multi-district litigation purposes only. Such claims, to the extent they are not included in, or superseded by, claims

---

[4] The Manual also notes:
> "[o]ften in multidistrict litigation the transferee court will consider establishing a master file with standard pleadings, motions, and orders. This file may include a single amended consolidated complaint, alleging that venue is proper in the transferee district. If such a document is used, the court and parties should take care to ensure a common understanding of the document's intent and significance—that is, whether it is being used as a device simply to facilitate ease of the docket's administration, or whether the filing in the transferee district constitutes the inception of a new "case or controversy" in that district, thereby superseding and rendering moot the pending separate actions that had been transferred to that district for pretrial proceedings by the Panel under section 1407."

*See* Manual for Complex Litig. Fourth § 20.132 at 224, n.668. Here, each Amended Complaint filed by Plaintiffs is intended to serve as a single amended consolidated complaint, alleges that venue is proper in the Western District of Missouri, and seeks to supersede the prior actions that had been transferred to this District for pretrial proceedings by the Panel under section 1407. .

certified by this Court for class treatment and trial, may proceed in such further actions or proceedings that, on remand or otherwise, may be necessary or appropriate. As such, no party not currently before the Court will be prejudiced by treating the Amended Complaints as suggested by Plaintiffs.

Should the Court have any questions regarding the effect of the Amended Complaints, Plaintiffs will be happy to address them in whatever manner the Court deems appropriate.

Respectfully Submitted,

**WHATLEY DRAKE & KALLAS, LLC**

By  */s/ Edith M. Kallas*
Edith M. Kallas
Patrick Sheehan
Dominique Day
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Fax: (212) 447-7077
ekallas@wdklaw.com
psheehan@wdklaw.com
dday@wdklaw.com
**Co-Lead Counsel for Plaintiffs**


**WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.**


By  */s/ Thomas V. Bender*
Thomas V. Bender, Mo. Bar #28099
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
Telephone: (816) 421-6620
Fax: (816) 421-4747
tbender@wbsvlaw.com
**Co-Lead Counsel for Plaintiffs**

**HORN, AYLWARD & BANDY, LLC**

By    */s/ Joseph A. Kronawitter*
Robert A. Horn
Joseph A. Kronawitter
2600 Grand Blvd., Ste. 1100
Kansas City, MO 64108
816-421-0700
Fax: 816-421-0899
rhorn@hab-law.com
jkronawitter@hab-law.com
**Liaison Counsel for Plaintiffs**


**GIRARDI KEESE**

By    */s/ Thomas V. Girardi*
Thomas V. Girardi
James P. Sizemore
Graham B. LippSmith
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-0211
Fax: (213) 481-1554
**Plaintiffs' Steering Committee**


**HAGENS BERMAN SOBOL
SHAPIRO LLP**

By    */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
Daniel J. Kurowski
820 North Blvd., Suite B
Oak Park, Illinois 60301
Telephone: (708) 776-5604
Fax: (708) 776-5601
beth@hbsslaw.com
dank@hbsslaw.com
**Plaintiffs' Steering Committee**

**HODGES LAW FIRM**

By  */s/ Michael L. Hodges*
Michael L. Hodges
13420 Santa Fe Trail Dr.
Lenexa, KS 66215
Telephone: (913) 888-7100
Fax: (913) 888-7388
mikehodges@hodgeslawfirm.com
**Plaintiffs' Steering Committee**

**KELLER ROHRBACK L.L.P.**

By  */s/ Lynn Sarko*
Lynn Sarko
Gretchen Cappio
Laura Gerber
Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
lgerber@kellerrohrback.com
**Plaintiffs' Steering Committee**

**STRANGE & CARPENTER**

By  */s/ Brian R. Strange*
Brian R. Strange
Gretchen Carpenter
Strange & Carpenter
12100 Wilshire Boulevard 19th Fl
Los Angeles, CA 90025
Telephone: (310) 207-5055
Fax: (310) 826-3210
bstrange@strangeandcarpenter.com
gcarpenter@strangeandcarpenter.com
**Plaintiffs' Steering Committee**

**THE LAW OFFICES OF ROBERT H. WEISS, PLLC**

By     */s/ Robert H. Weiss*
Robert H. Weiss
Stephen Murakami
Marissa Lau
50 Jericho Turnpike, Suite 201
Jericho, New York 11753
Telephone: (516) 876-4213
Fax: (516) 876-6906
roberthw119@msn.com
stephen@robertweisslaw.com
marissa@robertweisslaw.com
**Plaintiffs' Steering Committee**


**ALBERS AND ALBERS**

By     */s/ James Sugar Albers*
James Sugar Albers
88 North Fifth Street
Columbus, OH 43215
Telephone: (614) 464-4414
Fax: (614) 464-0604
albers_law@yahoo.com


**BAUM HEDLUND ARISTEI & GOLDMAN PC**

By     */s/ Ronald Goldman*
Ronald Goldman
A. Ilyas Akbari
Roger David Drake
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025
(310) 207-3233
Fax: (310) 820-7444
rgoldman@baumhedlundlaw.com
iakbari@baumhedlundlaw.com
rdrake@baumhedlundlaw.com

**BOLLINGER, RUBERRY AND GARVEY**

By      */s/ Howard M. Rubenstein*
Michelle Marie Bracke
500 West Madison Street
Suite 2300
Chicago, IL 60606-2511
(312) 466-8000
michelle.bracke@brg-law.net


**BRANSTETTER, STRANCH AND JENNINGS, PLLC**

By      */s/ J. Gerard Stranch*

J Gerard Stranch
James G. Stranch
227 Second Avenue North
Fourth Floor
Nashville, TN 37201
Telephone: (615) 254-8801
gerards@@branstetterlaw.com
jims@branstetterlaw.com


**DRUBNER & HARTLEY**

By      */s/ James E. Hartley*
James E. Hartley
500 Chase Parkway
Waterbury, CT 06708
Telephone: (203) 753-9291
Fax: (203) 753-6373
jhart@dholaw.com

**EMERSON POYNTER, LLP**

By     */s/ John G. Emerson*
John G. Emerson
Scott E. Poynter
Christopher D. Jennings
Gina M. Cothern
830 Apollo Lane
Houston, TX  77058
Telephone: (281) 488-8854
Fax: (281) 488-8867


**FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.**

By     */s/ John R. Wylie*
John R. Wylie
Futterman Howard Watkins Wylie & Ashley, Chtd.
122 S. Michigan Ave.
Suite 1850
Chicago, IL 60603
(312) 427-3600
Fax: (312) 427-1850
Email: jwylie@futtermanhoward.com


**GILL ELROD RAGON OWEN & SHERMAN**

By     */s/ Dylan Potts*
Dylan Potts
425 W. Capitol Ave., Ste. 3801
Little Rock, AR  72201
Telephone: (501) 376-3800
Fax: (501) 372-3359
potts@gill-law.com

**GOLD & COULSON**

By  */s/ Arthur S. Gold*
Arthur S. Gold
11 South LaSalle Street
Suite 2402
Chicago, IL 60603
Telephone: (312) 372-0777
Fax: (312) 372-0778
asg@gcjustice.com


**HEWELL LAW FIRM, APC**

By  */s/ Harold M. Hewell*
Harold M. Hewell
402 W. Broadway
Fourth Floor
San Diego, CA 92101
Telephone: 619-235-6854
Fax: 619-235-9122
hmhewell@hewell.com


**JON EARDLEY LAW OFFICES**

By  */s/ John J. Eardley*
Jon J. Eardley
16020 Puesta Del Sol
Whittier, CA 90603
Telephone: (562) 947-2006
Fax: (562) 947-2006
jjeardley@aol.com

**LASKY & RIFKIND**

By      */s/ Norman Rifkind*
Norman Rifkind
Leigh R. Lasky
Amelia S. Newton
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
(312) 634-0057
rifkind@laskyrifkind.com
lasky@laskyrifkind.com
newton@laskyrifkind.com


**LAW OFFICES OF HOWARD M. RUBENSTEIN**

By      */s/ Howard M. Rubenstein*
914 Waters Avenue, Suite 20
Aspen, Colorado 81611
Telephone: (832) 715-2788
howardr@pdq.net


**MCCRACKEN LAW FIRM**

By      */s/ Joanne M. McCracken*
Joanne M. McCracken
14909 N. Oak Street
Garfield, AR 72732
Telephone: (479) 359-1300
Fax: (479) 359-1308
joanne@jmccrackenlaw.com


**OFFICE OF WILLIAM G. CROMWELL**

By      */s/ William G. Cromwell*
William G. Cromwell
Two Ravinia Drive Suite 1270
Atlanta, GA 30346
Telephone: (770) 671-0900
cromwell_law@bellsouth.net

**PATTON ROBERTS, PLLC**

By      */s/ James C. Wyly*
James C. Wyly
Jack T. Patterson
Jeremy Y. Hutchinson
Century Bank Plaza, Suite 400
P.O. Box 6128
Texarkana, Texas  75505
Telephone: (903) 334-7000
Fax: (903) 334-7007
jwyly@pattonroberts.com
srommel@pattonroberts.com
jpatterson@pattonroberts.com
jhutchinson@pattonroberts.com


**POTTS LAW FIRM, LLC**

By      */s/ Derek H. Potts*
Derek H. Potts
Timothy L. Sifers
908 Broadway
3rd Floor
Kansas City, MO 64105
Telephone: (816) 931-2230
Fax: (816) 931-7030
dpotts@potts-law.com
tsifers@potts-law.com


**SCHARNHORST, AST & KENNARD, PC**

By      */s/ Daniel L. McClain*
Daniel L. McClain
Jeffrey A. Kennard
1000 Walnut St.
Suite 1550
Kansas City, MO 64106
Telephone: (816) 268-9411
dlm@sakfirm.com
jak@sakfirm.com

**SMITH & LOWNEY, PLLC**

By  */s/ Richard A. Smith*
Richard A. Smith
Eric D. Lowney
Bridget A. Baker-White
Brian Alan Knutsen
2317 E. John Street
Seattle, WA 98112
Telephone: (206) 860-2883
Fax: (206) 860-4187
rasmithwa@igc.org
knoll@igc.org
bridgetbw@igc.org
briank@igc.org


**THE SMOLAR FIRM**

By  */s/ Yehuda Smolar*
Yehuda Smolar
Suite 900
200 Galleria Parkway
Atlanta, GA 30339
Telephone: (404) 525-3900
firm@smolarpc.com


**ZIMMERMAN LAW OFFICES, P.C.**

By  */s/ Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr.
Hugh J. Green
100 W. Monroe Street
Suite 1300
Chicago, IL 60603
(312) 440-0020
tom@attorneyzim.com
hugh@attorneyzim.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                                                    /s/ *Thomas V. Bender*