IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| In re: BISPHENOL-A (BPA) POLYCARBONATE PLASTIC PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 1967 Master Case No. 4:08-1967-MD-W-ODS (ALL ACTIONS) |

**STIPULATED MOTION FOR EXTENSION OF DEADLINES FOR BRIEFING DEFENDANTS' MOTION FOR RECONSIDERATION AND DEADLINE FOR DEFENDANTS TO ANSWER THE REMAINING COUNTS CONTAINED IN PLAINTIFFS' COMPLAINTS AND AMENDED COMPLAINTS AND FOR PARTIES TO SUBMIT A PROPOSED SCHEDULING ORDER AND STATUS REPORT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

Defendants shall file their answers to the remaining counts contained in all Plaintiffs' Complaints and Amended Complaints on or before December 18, 2009;

Plaintiffs shall file their opposition to Defendants' Motion for Reconsideration or, in the Alternative, for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) on or before December 23, 2009;

Defendants shall file their reply in support of their Motion for Reconsideration or, in the Alternative, for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) on or before January 11, 2010; and

The parties shall file their Proposed Scheduling Order and Status Report in response to the Court's Order dated November 9, 2009 on or before January 11, 2010.

Respectfully Submitted,

**WALTERS BENDER STROHBEHN & VAUGHAN, P.C.**

*/s/ Thomas V. Bender*
Thomas V. Bender, Mo. Bar #28099
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
Telephone: (816) 421-6620
Fax: (816) 421-4747
tbender@wbsvlaw.com
**PLAINTIFFS' CO-LEAD COUNSEL**

**And**

**BRYAN CAVE LLP**

*/s/ Robert M. Thompson*
Robert Thompson, MO Bar #38156
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100
Telephone: 816 374 3249
Fax: 816 374 3300
rmthompson@bryancave.com
**DEFENDANTS' CO-LEAD COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ *Robert M. Thompson*