**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| In Re: Bisphenol-A (BPA) Polycarbonate ) <br> Plastic Products Liability Litigation ) <br> ) <br> ) <br> ) <br> This filing applies to ALL ACTIONS ) <br> ) | MDL No. 1967 <br> Master Case No. 4:08-1967-MD-W-ODS |

**STIPULATED MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE
THE PROPOSED SCHEDULING ORDER AND JOINT STATUS REPORT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

The deadline contained in the November 9, 2009 Order Directing Parties to File Joint Proposed Scheduling Order and Status Report (Doc #265) by December 18, 2009, extended by stipulation between the parties (Doc #276) to January 11, 2010 and again (Doc #290) to January 12, 2010 for the parties to file their Proposed Scheduling Order and Joint Status Report is extended until January 15, 2010.

Respectfully submitted,

 */s/ Thomas V. Bender*
Thomas V. Bender Mo. Bar #28099
WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.
1100 Main Street, Suite 2500
Kansas City, MO 64105
Phone: (816) 421-6620
Fax: (816) 421-4747
tbender@wbsvlaw.com
**PLAINTIFFS' CO-LEAD COUNSEL**

and

**BRYAN CAVE LLP**

By  */s/ Robert M. Thompson*
Robert M. Thompson Mo. Bar #38156
1200 Main Street
One Kansas City Place
Suite 3500
Kansas City, MO 64105-2130
Telephone: (816) 374-3429
Fax: (816) 374-3300
rmthompson@bryancave.com
**DEFENDANTS' CO-LEAD COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ *Thomas V. Bender*